UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

BRUCE NICHOLSON )
)
)
V. ) Appeal No. 21-13214
)
ADAM HARRISON, et al )
)

Declaration

I, Bruce Nicholson, hereby declare that a copy of the motion for Appointment of Counsel submitted to this court was sent via U.S. Postal Mail to the defendants in this action on January 7th, 2022.

Under Penalty of perjury of law, I declare the foregoing to be true and correct.

Dated, Feb. 17, 2022

Bruce Nicholson

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 26, 2022

Bruce Mitchell Nicholson
USP Terre Haute - Inmate Legal Mail
PO BOX 33
TERRE HAUTE, IN 47808

Appeal Number: 21-13214-F
Case Style: Bruce Nicholson v. Adam Harrison, et al
District Court Docket No: 5:18-cv-01128-AKK-HNJ

Please take notice that the following motion has been filed:

*MOTION for appointment of counsel filed by Appellant Bruce Mitchell Nicholson. Opposition to Motion is Unknown [9583591-1]*

- not including a CIP in your motion, as required by 11th Cir. Rules 26.1-1(a)(1) and 27-1(a)(9).

A paper presented for filing must contain proof of service consisting of a statement by the person who made service certifying the date and manner of service; the names of the persons served; and the manner of service.

All motions, responses, and replies produced using a computer must contain a Certificate of Compliance that states the number of words or lines of monospaced type. See FRAP 32(g)(1).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Dionne S. Young, F
Phone #: (404) 335-6224

[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK FEB 22 2022 ATLANTA, GA]

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

_NICHOLSON_ vs. _HARRISON, et al._ Appeal No. _21-13214-F_

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

_SEE: Attached_

Rev.: 12/20

BRUCE NICHOLSON V. ADAM HARRISON, et al. Appeal No. 21-13214

<u>CERTIFICATE OF INTERESTED PARTIES</u>

The undersigned pro se Appellant certifies the following as being those trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations having an interest in the outcome of this appeal:

1. Gentry, Matt, Cullman County Sheriff;
2. Harrison, Adam, M.D., Appellee;
3. Johnson, Herman N., Jr., United States Magistrate Judge for the Northern District of Alabama;
4. Kallon, Abdul K., United States District Judge for the Northern District of Alabama;
5. Lee, Floyd, Warden, Cullman County Jail, Appellee;
6. Lockwood, Robert C., Attorney for Appellees Gentry and Lee;
7. Lunsford, William R., Attorney for Appellees Harrison Shedd;
8. Maynard, Cooper & Gale, P.C., Attorneys for Appellees Harrison and Shedd;
9. Nicholson, Bruce M., Appellant;
10. Rogers, Stephan C., Attorney for Appellees Harrison and Shedd;
11. Shedd, Sonya, Appellee;
12. Wilmer & Lee, P.A., Attorneys for Appelles Gentry and Lee.

/s/ Bruce M. Nicholson

Pro Se Appellant

Bruce M. Nicholson



⇔33750-001⇔
Bruce M Nicholson
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
United States

INDIANAPOLIS IN 460
18 FEB 2022 PM 7 L

⇔33750-001⇔
U S Court Of Appeals
Office OF THE Clerk
56 Forsyth ST NW
Atlanta, GA 30303
United States

INMATE
IDENTIFICATION
CONFIRMED

CLEARED SECURIT[Y]
FEB 22 2022
U.S. MARSHALS SERVICE
Atlanta, Georgia

30303-229599



INMATE IDENTIFICATION CONFIRMED

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:_____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor censored. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

RECEIVED FEB 17 2022 BY:_____